**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



Dated: January 14 2011

Mary Ann Whipple
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 05-39580 |
| | ) | |
| Villa Duckett, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| | ) | JUDGE MARY ANN WHIPPLE |

### ORDER RE POST-PETITION MORTGAGE ARREARAGE

This case is before the court pursuant to its order dated October 7, 2010, reinstating the automatic stay for a determination of the amount of any post-petition mortgage loan arrearage owed by Debtor to Wells Fargo Bank, N.A., as Trustee in trust for the benefit of the Certificateholders for Salomon Brothers Mortgage Securities Trust 1998-AQ1, Asset-Backed Certificates, Series 1998-AQ1, ("Creditor"). In accordance with the Memorandum of Decision separately entered by the court on this date, for good cause shown,

**IT IS ORDERED** and the court hereby determines that Debtor has cured the pre-petition default on the subject mortgage pursuant to her completed Chapter 13 Plan in this case; and

**IT IS FURTHER ORDERED** that the total post-petition mortgage loan arrearage owed to Creditor by Debtor to bring the mortgage current through and including October 2010 under the cure and maintain provisions of 11 U.S.C. § 1322(b)(5) is $15,345.42; and

**IT IS FURTHER ORDERED** that unless terminated earlier by operation of the statute the continuation of the automatic stay under 11 U.S.C. § 362(a) is conditioned upon Debtor curing this post-petition arrearage on or before **February 1, 2011**, by sending a certified check or money order to the following address, which sum Creditor shall accept if paid on or before the specified date and apply to the subject loan to bring it current through and including the October 2010, payment:

> AHMSI Attn: Cash Management
> 1525 S. Beltline Road
> Suite 100N
> Coppell, TX 75019

**IT IS FINALLY ORDERED** that upon Debtor's failure to perform this condition, Creditor may file a request for further hearing for relief pending statutory termination of the automatic stay under 11 U.S.C. § 362(c).